IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, | ) |
| | ) Civil Action Nos. 7:19-cv-823 |
| Petitioner | ) 7:19-cv-836 |
| | ) 7:19-cv-838 |
| v. | ) |
| | ) |
| SUPERINTENDENT OF SOUTHWEST | ) By: Michael F. Urbanski |
| VIRGINIA REGIONAL JAIL, | ) Chief United States District Judge |
| | ) |
| Respondent | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Respondent's motions to dismiss, ECF No. 14 in 7:19-cv-823; ECF No. 12 in 7:19-cv-836; and ECF No. 12 in 7:19-cv-838 are **GRANTED** and petitioner's lawsuits are **DISMISSED** without prejudice. The court **DENIES as moot** the Superintendent's motions to consolidate, ECF No. 12 in 7:19-cv-823; ECF No. 10 in 7:19-cv-836; and ECF No. 10 in 7:19-cv-838. All other pending motions are **DENIED as moot**.

It is so **ORDERED**.

Entered:  May 26, 2020

Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District of Virginia, ou=United States District Court, email=mikeu@vawd.uscourts.gov, c=US
Date: 2020.05.26 10:57:49 -04'00'

Michael F. Urbanski
Chief United States District Judge